UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL GOODSON, | ) | Case No. 07cv1146 BTM (WMc) |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR EXTENSION OF TIME TO FILE CROSS MOTION |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

Upon application by Defendant Commissioner of the Social Security Administration, and by Plaintiff by and through his counsel, Mary M. Mitchell,

**IT IS HEREBY ORDERED** that the time for Defendant to file his cross-motion shall be extended from January 4, 2008 to February 4, 2008. The parties remaining briefing on the motions will be in accord with Civil Local Rule 7.1(e.7).

DATED: January 2, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge